**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KENNETH BRIAN ELLENBURG                                                                 PLAINTIFF

v.                                    No. 5:15CV00022-JLH-JJV

ROBBIE FRED, Administrator, Arkansas
County Detention Center; *et al.*                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 6th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE